```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                        CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  MATTHEW ROBERT COLLETT,        ) Case No. CV 08-0693-GW(RC)
                                   )
12                 Petitioner,     )
                                   ) ORDER ADOPTING REPORT AND
13  vs.                            ) RECOMMENDATION OF UNITED STATES
                                   ) MAGISTRATE JUDGE
14  J.F. SALAZAR,                  )
                                   )
15                 Respondent.     )
                                   )
16
```

17    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
18 petition and other papers along with the attached Report and
19 Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
20 and has made a de novo determination.
21
22    IT IS ORDERED that (1) the Report and Recommendation is approved
23 and adopted; (2) the Report and Recommendation is adopted as the
24 findings of fact and conclusions of law herein; and (3) Judgment shall
25 be entered dismissing the habeas corpus petition and action as
26 untimely.
27 //
28 //

1  IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2  Order, the Magistrate Judge's Report and Recommendation and Judgment
3  by the United States mail on petitioner.

5  DATED:   October 14, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

R&R\08-0693.ado
8/15/08