UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ROBERT COLLETT, | ) Case No. CV 08-0693-GW(RC) |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| J.F. SALAZAR, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED:   October 14, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

R&R\08-0693.jud2
8/15/08